*Sun Healthcare Grp., Inc.,* 496 F.3d 1169, 1175 (10th Cir.2007). Finally, Mr. Rader has forfeited his argument that the Notice of Deficiency was itself defective, for he failed to raise this argument in the Tax Court in the first instance. *See Mitchell,* 775 F.3d at 1248 n. 3.

Beyond his challenge to the merits of the Tax Court's disposition, Mr. Rader challenges its decision to sanction him under 26 U.S.C. § 6673(a)(1). But here again Mr. Rader fails to offer this court any reasoned ground on which it might hold the Tax Court abused its discretion when determining that his arguments on the merits were largely frivolous.

Ms. Rader's appeal, (15–9001) is dismissed for lack of jurisdiction. The judgment against Mr. Rader (15–9000) is affirmed.

Before GORSUCH, O'BRIEN, and BACHARACH, Circuit Judges.

## ORDER AND JUDGMENT *

PER CURIAM.

Erik Padilla appeals the district court's dismissal of his complaint and asks this court to remand the case to a different judge and allow him to amend. We do not see how we can. As the district court thoughtfully explained in a series of orders, Mr. Padilla has put forth only conclusory allegations and fails to allege any legal error in the dismissal of his complaint. We reach the same conclusion after reviewing his appeal. The district court's order is affirmed, the remainder of the appeal is dismissed, and Mr. Padilla's *in forma pauperis* motion is denied. He is reminded that he is obliged to pay the filing fee in full.

**Erik PADILLA, Plaintiff–Appellant,**

v.

**Dee NAZI; Reagan Espinoza; Amens Nazis; Patrick Padilla; St. Matthews Blonde Woman; Shawn Lambert, Defendants–Appellees.**

No. 15–2137.

United States Court of Appeals, Tenth Circuit.

Oct. 14, 2015.

Erik Padilla, Mountainair, NM, pro se.

**Lila ADAMS, Plaintiff–Appellant,**

v.

**Carolyn W. COLVIN, Acting Commissioner of the Social Security Administration, Defendant–Appellee.**

No. 14–4135.

United States Court of Appeals, Tenth Circuit.

Oct. 15, 2015.

David J. Holdsworth, Esq., Sandy, UT, for Plaintiff–Appellant.

* After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R.App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order is not binding precedent except under the doctrines of law of the case, res judicata and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R.App. P. 32.1 and 10th Cir. R. 32.1.